# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SANDRA RUIZ,
 Plaintiff,
v.
UNKNOWN KANE COUNTY OFFICERS, et al.,
 Defendants.

Case Number:

```
FILED: MAY 7, 2008
08CV2625       PH
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF SANDRA RUIZ

| | |
|---|---|
| NAME (Type or print) | |
| Abbas Merchant | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Abbas Merchant | |
| FIRM | |
| Horwitz, Richardson & Baker LLC | |
| STREET ADDRESS | |
| 20 S Clark St., Suite 500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6281540 | (312) 676-2100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐