## United States District Court for the Northern District of Illinois

Case Number: 08CV2625     Assigned/Issued By: J. N.

Judge Name: PALLMEYER     Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2757410

Date Payment Rec'd: 5-7-08     Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1  Original and  0  copies on  5-7-08  as to  COUNTY OF KANE
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05