**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Sandra Ruiz, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2625 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| County of Kane et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Filing of Appearance**

To:   Blake Horwitz         bhorwitz@hrbattorneys.com
      Abbas Merchant        amerchant@hrbattorneys.com
      Elliot Richardson     erichardson@erlaw.net
      Erica Faaborg         efaaborg@hrbattorneys.com
      Rachelle Sorg         rsorg@erlaw.net

Please take notice that on June 19, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Kane County Assistant State's Attorney Joseph F. Lulves, correct copies of which are attached to this Notice of Filing and duly served upon you.

**Certificate of Service**

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document to be served upon the above named party by ECF on June 19, 2008.

/s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008