# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Sandra Ruiz, ) | |
| ) | |
| Plaintiff, ) | No. 08 CV 2625 |
| ) | |
| v. ) | Judge Pallmeyer |
| ) | |
| County of Kane et al., ) | |
| ) | |
| Defendants. ) | |

## Notice of Filing of Appearance

To:  Blake Horwitz         bhorwitz@hrbattorneys.com
     Abbas Merchant        amerchant@hrbattorneys.com
     Elliot Richardson     erichardson@erlaw.net
     Erica Faaborg         efaaborg@hrbattorneys.com
     Rachelle Sorg         rsorg@erlaw.net

Please take notice that on June 23, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Kane County Assistant State's Attorney Amy Engerman, correct copies of which are attached to this Notice of Filing and duly served upon you.

## Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document to be served upon the above named party by ECF on June 23, 2008.

/s/ Amy Engerman

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932