IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Sandra Ruiz, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2625 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| County of Kane, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing and Presentment of Motion to Dismiss

To: Blake Horwitz       bhorwitz@hrbattorneys.com
    Abbas Merchant      amerchant@hrbattorneys.com
    Elliot Richardson   erichardson@erlaw.net
    Erica Faaborg       efaaborg@hrbattorneys.com
    Rachelle Sorg       rsorg@erlaw.net

Please take notice that on June 24, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, the Kane County Motion to Dismiss, and will present this Motion in Courtroom 2119 before Judge Rebecca R. Pallmeyer, or any judge sitting in her place, on July 8, 2008, at 8:45 am, at which time you may appear as you see fit. Correct copies of the Motion are attached to this Notice of Filing and Presentment and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named parties by ECF delivery on June 24, 2008.

/s/ Amy P. Engerman
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932