## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2625 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Sandra Ruiz, et al vs. County of Kane | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/8/2008. Rule 12(b)(6) motion to dismiss the Complaint by unknown Kane County Officers, and the County of Kane [15] granted without prejudice. Amended Complaint to be filed on or before 7/29/2008. Status hearing set for 8/28/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|