IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA RUIZ and , <br><br> Plaintiff, <br><br> v. <br><br> KANE COUNTY SHERIFF, JUAN G. GELAZQUEZ, KANE COUNTY SHERIFF, DEPUTY JONES, KANE COUNTY SHERIFF, SGT. GENTRY, and the COUNTY OF KANE, <br><br> Defendants. | No. 08-CV-2625 <br><br> Honorable Judge Rebecca R. Pallmeyer |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 28, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Amy P. Engerman | engermanamy@co.kane.il.us |
| Joseph F Lulves | lulvesjoseph@co.kane.il.us |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@hrbattorneys.com |

2

| | |
|---|---|
| Elliot Richardson | erichardson@erlaw.net |
| Sean M. Baker | sbaker@hrbattorneys.com |
| Rachelle M. Sorg | rsorg@hrbattorneys.com |
| Edward L. Garris | egarris@hrbattorneys.com |
| Abbas Merchant | Abbas.lobh@gmail.com |

Respectfully submitted,

s/ Sean M. Baker
Attorney for the Plaintiff
Blake Horwitz

**HORWITZ, RICHARDSON & BAKER LLC**
Two First National Plaza
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076