IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Sandra Ruiz, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2625 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| Kane County Sheriff, Juan G. Gelazquez et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing of Answers

To:  Blake Horwitz          bhorwitz@hrbattorneys.com
     Abbas Merchant         amerchant@hrbattorneys.com
     Elliot Richardson      erichardson@erlaw.net
     Erica Faaborg          efaaborg@hrbattorneys.com
     Rachelle Sorg          rsorg@erlaw.net
     Sean Baker             sbaker@hrbattorneys.com


   Please take notice that on August 18, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Answers to the First Amended Complaint by the County of Kane, Kane County Sheriff, Sgt. Gentry, and Deputy Velasquez, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document to be served upon the above named party by ECF on August 18, 2008.

                                                          /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008