IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA RUIZ,<br><br>      Plaintiff,<br><br>v.<br><br>KANE COUNTY SHERIFF, JUAN G. GELAZQUEZ, KANE COUNTY SHERIFF, DEPUTY JONES, KANE COUNTY SHERIFF, SGT. GENTRY, and the COUNTY OF KANE,<br><br>      Defendants. | No. 08-CV-2625<br><br>Honorable Judge Rebecca R. Pallmeyer |

## REPORT OF PARTIES PLANNING MEETING

1.   **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on August 25, 2008 via telephone conference call and was attended by: Sean M. Baker for plaintiff; Joe Lulves for defendant Kane County Sheriff Velazquez; John Timbo for defendant Deputy Jones; and, Craig Mielke for Sgt. Gentry.

2.   **Pre-trial Schedule.** The parties jointly propose to the Court the following discovery plan:

   a.   Discovery will be needed on the following subjects: excessive force, arrest, detention, the incident itself, resisting arrest, disorderly conduct, incident reports, prior complaints against the officers, photographs, medical records and any x-rays.

   b.   Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by September 30, 2008. All discovery to be commenced in time to be completed by February 28, 2009;

   c.   The parties expect they will need approximately twelve (12) to fifteen (15 fact) fact occurrence depositions.

   d.   Reports from retained experts under Rule 26(a)(2) due:
        from plaintiff by March 20, 2008.
        from defendants by April 30, 2008.

    e.    Parties should be allowed until January 31, 2009 to join additional parties and to amend the pleadings.

    f.    All potentially dispositive motions should be filed by March 31, 2008.

    g.    Final pretrial order: Plaintiff to prepare proposed draft by April 30, 2009; parties to file joint final pretrial order by May 15, 2009.

    h.    The case should be ready for trial by May 28, 2009 and at this time is expected to take approximately five days.

3.    **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff's settlement demand.

4.    **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date:  August 27, 2008

    Respectfully submitted,

    s/ Sean M. Baker
    Attorney for the Plaintiff

    s/Joe F.Lulves
    Attorney for Defendant

    s/John Timbo
    Attorney for Defendant

    s/Craig Mielke
    Attorney for Defendant