**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SANDRA RUIZ and ,<br><br>    Plaintiff,<br><br>    v.<br><br>KANE COUNTY SHERIFF, JUAN G. GELAZQUEZ, KANE COUNTY SHERIFF, DEPUTY JONES, KANE COUNTY SHERIFF, SGT. GENTRY, and the COUNTY OF KANE,<br><br>    Defendants. | No. 08-CV-2625<br><br>Honorable Judge Rebecca R. Pallmeyer |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on August 27, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

REPORT OF PARTIES PLANNING MEETING

to be filed electronically with the Clerk of Court through ECF.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

REPORT OF PARTIES PLANNING MEETING and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Amy P. Engerman | engermanamy@co.kane.il.us |
| Joseph F Lulves | lulvesjoseph@co.kane.il.us |
| John Timbo | jtimbo@jsotoslaw.com |
| Craig Mielke | cmielke@foote-meyers.com |

| | |
|---|---|
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@hrbattorneys.com |
| Elliot Richardson | erichardson@erlaw.net |
| Sean M. Baker | sbaker@hrbattorneys.com |
| Rachelle M. Sorg | rsorg@hrbattorneys.com |

                      Respectfully submitted,


                      s/ Sean M. Baker_____
                      Attorney for the Plaintiff
                      Blake Horwitz


**HORWITZ, RICHARDSON & BAKER LLC**
Two First National Plaza
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076