# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2625 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Sandra Ruiz vs. Kane County Sheriff, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/28/2908. Deputy Jones waives service; to Answer by 9/8/2008. Status hearing set for 11/5/2008 at 9:00. Rule 16 conference held. Rule 26(a)(1) disclosures to be made by 9/30/2008. All discovery to be completed by 2/27/2009. Reports from retained experts under Rule 26(a)(2) due: from plaintiff by 3/20/2009; from defendants by 4/30/2009. Parties allowed until 1/31/2009 to join additional parties to amend the pleadings. Dispositive motions due 3/31/2009. Plaintiff to prepare proposed PTO draft by 4/30/2009; Joint Final Pretrial Order due 5/15/2009. Jury trial set for 6/1/2009 at 9:30.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|